IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONIA DIXON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:19-cv-02340-LFR |
| NEW CASTLE COUNTY, | ) ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tonia Dixon ("Plaintiff") and Defendant New Castle County ("County" and with Dixon, the "Parties"), by and through their respective counsel, and subject to the terms of a Settlement Agreement and Release, stipulate and agree to the dismissal of all of Plaintiff's claims against the County with prejudice. Each party is to bear its own costs, expenses and attorneys' fees.

Dated: June 16, 2021

ALLEN & ASSOCIATES

/s/ Michele D. Allen
Michele D. Allen (#4359)
Emily A. Biffen (#6639)
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
Telephone: (302) 234-8600
Facsimile: (302) 234-8602
michele@allenlaborlaw.com
emily@allenlaborlaw.com

*Attorneys for Plaintiff*

NEW CASTLE COUNTY OFFICE OF LAW

/s/ Nicholas J. Brannick
Laura T. Hay (#4715)
Assistant County Attorney
E-mail: laura.hay@newcastlede.gov
Nicholas J. Brannick (#5721)
Assistant County Attorney
E-mail: nicholas.brannick@newcastlede.gov
New Castle County Government Center
87 Reads Way
New Castle, DE 19720
Telephone: (302) 395-5130
Facsimile: (302) 395-5150

*Attorneys for Defendant*

SO ORDERED this __17__ day of __September__, 2021

_L. Felipe Restrepo_

The Honorable L. Felipe Restrepo